**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BAYSTATE FRANKLIN MEDICAL CENTER** *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> **ALEX M. AZAR II, in his official capacity as United States Secretary of Health and Human Services**, <br><br> Defendant. | Case No. 1:17-cv-00819 (TNM) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, upon consideration of the Plaintiffs' Motion for Summary Judgment, the Defendant's Cross-Motion for Summary Judgment, the pleadings, relevant law, the administrative record, and related legal memoranda in opposition and in support, it is hereby

**ORDERED** that the Defendant's Cross-Motion for Summary Judgment is GRANTED, and the Plaintiffs' Motion for Summary Judgment is DENIED. The Clerk of Court is directed to close this case.

**SO ORDERED.**

This is a final, appealable Order.

Dated: July 31, 2018

TREVOR N. MCFADDEN
United States District Judge